831

No. 258. SPIEGLE ET UX. v. BOROUGH OF BEACH HAVEN. Sup. Ct. N. J. Certiorari denied. *James M. Davis, Jr.*, for petitioners. *Franklin H. Berry* for respondent.

No. 279. DAVIS v. KENTUCKY. Ct. App. Ky. Certiorari denied. *Jack M. Lowery, Jr.*, for petitioner.

No. 280. NEWS SYNDICATE Co., INC. v. URBANO. C. A. 2d Cir. Certiorari denied. *James W. Rodgers* for petitioner.

No. 283. UNION TANK CAR Co. v. DRAGOR SHIPPING CORP., FORMERLY WARD INDUSTRIES CORP. C. A. 9th Cir. Certiorari denied. *Thomas C. McConnell* and *Harold C. Warnock* for petitioner. *David J. Levy* for respondent.

No. 284. BENSON v. UNITED STATES;
No. 285. GLACY v. UNITED STATES;
No. 287. McGINNIS v. UNITED STATES; and
No. 288. MERSEY ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *John M. Reed* for petitioner in No. 284. *Edward O. Proctor* for petitioner in No. 285. *William T. Griffin* for petitioner in No. 287. *George G. Beckett* for petitioners in No. 288. Solicitor General *Marshall*, Assistant Attorney General *Turner*, *Howard E. Shapiro* and *John H. Dougherty* for the United States. Reported below: 361 F. 2d 31.

No. 290. PRAIRIE BAND OF THE POTTAWATOMIE TRIBE OF INDIANS ET AL. v. UDALL, SECRETARY OF INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied. *Sam A. Crow* for petitioners. Solicitor General *Marshall* for respondents.